

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2020

No. 04-20-00114-CV

**IN RE** Lorine **LAGATTA**

Original Mandamus Proceeding[1]

**ORDER**

On February 21, 2020, relator filed a petition for writ of mandamus and an emergency motion for stay of the trial court's February 4, 2020 temporary orders pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's emergency motion for stay is denied as moot.

It is so **ORDERED** on March 4, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-14369, styled *In the Interest of E.L.S., Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.